

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2014

No. 04-14-00120-CV

**IN THE INTEREST OF R.A.G.C., ET AL., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-00860
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

On June 2, 2014, the parties filed a Joint Motion to Abate Appeal Pending Mediation and Suspend All Deadlines. The motion is GRANTED. It is ORDERED that this appeal is ABATED until July 7, 2014. All appellate deadlines are suspended until July 7, 2014. After that time, appellant must file a motion to dismiss the appeal due to settlement, or if a settlement is not reached, a motion to reinstate the appeal. TEX. R. APP. P. 42.1(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court